WESLEY KESSLER # BD2842
Name and Prisoner/Booking Number

CALIFORNIA STATE PRISON (SACRAMENTO)
Place of Confinement

P.O. BOX 290066
Mailing Address

REPRESA CA 95671
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**
FEB 20 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

WESLEY KESSLER,
(Full Name of Plaintiff)    Plaintiff,

v.

(1) ALEXANDER IEROKORMOS,
(Full Name of Defendant)
(2) DAVID RAMOS,
(3) GLEN STURGES,
(4) JOHN MACIEL,
Defendant(s).
[X] Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:19-CV-01738-DB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CALIFORNIA STATE PRISON (SACRAMENTO)

Revised 3/15/2016                    1

DEFENDANTS

1. (5) PREETRANJAN SHAHOTA
2. (6) MATTHEW PEREYDA
3. (7) CHRIS CONNOLLY
4. (8) MONICA MATHENGE
5. (9) LINDA DACIO
6. (10) GRACE CHO

I-A

## B. DEFENDANTS

1. Name of first Defendant: **ALEXANDER IEROKORMOS**. The first Defendant is employed as: **DOCTOR (E.N.T.)** at **SAN JOAQUIN GENERAL HOSPITAL**.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: **DAVID RAMOS**. The second Defendant is employed as: **DOCTOR** at **Folsom STATE PRISON C.S.P (SAC)**.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: **GLEN STURGES**. The third Defendant is employed as: **DENTIST** at **Folsom STATE PRISON C.S.P (SAC)**.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: **JOHN MACIEL**. The fourth Defendant is employed as: **DENTIST** at **Folsom STATE PRISON C.S.P (SAC)**.
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **2**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **KESSLER** v. **FARRA et al**
      2. Court and case number: **2:16-CV-02849-DMC-P**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **SETTLED**

   b. Second prior lawsuit:
      1. Parties: **KESSLER** v. **MEDINA et al**
      2. Court and case number: **2:18-CV-02169-JAM-CKD (PC)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **SETTLED**

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

5. NAME OF FIFTH DEFENDANT: PREETRANJAN SHAHOTA. THE FIFTH DEFENDANT IS EMPLOYED AS: DOCTOR AT FOLSOM STATE PRISON C.S.P. (SAC)

6. NAME OF SIXTH DEFENDANT: MATTHEW PEREYDA. THE SIXTH DEFENDANT IS EMPLOYED AS: R.N. AT FOLSOM STATE PRISON C.S.P. (SAC)

7. NAME OF SEVENTH DEFENDANT: CHRIS CONNOILY. THE SEVENTH DEFENDANT IS EMPLOYED AS: R.N. AT FOLSOM STATE PRISON C.S.P. (SAC)

8. NAME OF EIGHTH DEFENDANT: MONICA MATHENGE. THE EIGHTH DEFENDANT IS EMPLOYED AS: L.V.N. AT FOLSOM STATE PRISON C.S.P. (SAC)

9. NAME OF NINETH DEFENDANT: LINDA DACUD. THE NINETH DEFENDANT IS EMPLOYED AS: L.V.N. AT FOLSOM STATE PRISON C.S.P. (SAC)

10. NAME OF TENTH DEFENDANT: GRACE CHO. THE TENTH DEFENDANT IS EMPLOYED AS: R.N. AT FOLSOM STATE PRISON C.S.P. (SAC)

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: DELIBERATE INDIFFERENCE 8TH AMENDMENT - CRUEL AND UNUSUAL PUNISHMENT.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON DECEMBER 31, 2018 I RECIEVED AN INJURY OF BROKEN JAW. I RECIEVED A OPERATION JANUARY 1, 2019 BY A DOCTOR IEROKORMOS TO REPAIR JAW. PLATES WERE PLACED IN JAW THROUGH MOUTH AND JAW. DOCTOR IEROKORMOS CAME AND SEEN ME THE NEXT DAY AND CONFIRMED THAT I WOULD RECIEVE ANTIBIOTICS AND PAIN MEDICATION. I INFORMED DOCTOR IEROKORMOS THAT I WAS ALLERGIC TO AMPICILLIAN. HE STATED HE WOULD NOTE THAT. HE ALSO STATED I WOULD RECIEVE BANDAGE CHANGE FOR OPEN WOUND ON MY NECK. I RECIEVED NO MEDICATION (ANTIBIOTICS) EXCEPT PAIN MEDS. I ASKED R.N. ON DUTY AND SHE SAID SHE WOULD LOOK INTO IT. THE 3RD OF JANUARY 2019 I WAS TAKEN BACK TO Folsom STATE PRISON (SAC) AND WAS PLACED IN A OUT PATIENT HOUSING UNIT (O.H.U.) I INFORMED R.N. MATTHEW PEREYDA MY WOUND HAD NOT BEEN CLEANED SINCE MY OPERATION, OR THAT I HAD RECIEVED ANY ANTIBIOTICS FOR INFECTION. SAME THING WITH R.N. CHRIS CONNOLLY, L.V.N. MONICA MATHENGE. NO ONE WOULD LISTEN TO ME AND JUST KEPT FEEDING ME PAIN MEDS. ON JANUARY 7TH 2019 I FINALLY GOT R.N. PEREYDA TO LOOK AT MY NECK AND HE STATED "YOUR NECK IS INFECTED", "WHY HAVENT YOU RECIEVED ANTIBIOTICS". IMMEDIATLY I SEEN DOCTOR DAVID RAMOS I ASKED HIM HOW COME I HAVENT RECIEVED ANTIBIOTICS OR WOUND CARE AND HE SAID "DOCTOR IEROKORMOS (ENT) DID NOT ORDER IT. THAT HE WAS SENDING ME BACK TO SAN JOAQUIN GENERAL HOSPITAL" MY NECK IS VERY INFECTED AND THIS IS DOCTOR IEROKORMOS SCREW-UP". I WAS IMMEDIATLY TRANSPORTED TO .

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   LACK OF POST-OPS CARE RESULTED IN FURTHER SIGNIFICANT INJURY THAT REQUIRED A SECOND PROCEDURE TO CORRECT. A SECONARY INFECTION RESULTING IN HAVING TO INSERT DRAINS AND ULTIMATELY RE-OPENING THE WOUND THAT RESULTED IN AVOIDABLE INJURY AND PAIN AND SUFFERING.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

San Joaquin General Hospital Emergency Room. I was seen by doctor in emergency and imediatly given antibiotics and fuilds. My wound was cleaned and told I would be operated on in the morning. My neck was very badly infected and they were worried it would get into my blood steam (vein). I was admitted and the next day was operated on. After this operation I was given anti-biotics (extreme amounts), dressing changes (4x day) and observed for four days until sent back to Folsom State Prison (SAC) C.S.P. where I recieved antibiotics and dressing changes. These doctors failed to respond to my pain and possible medical need I very much needed and harm caused by indifference show by these doctors and nurses. I not only had serious medical needs but they shown unnecessary and wanton infliction of pain by subjecting me to another operation that could have been avoided by doctors and nurses that any reasonable doctor or nurse would deem medically unexceptable under my circumstances. Doctor Ierokomos, Doctor Ramos, R.N Pereyda, R.N. Connolly, L.V.N. Mathengie and L.V.N. Dacid. B showed deliberate indifference once I showed them my serious medical and that if not treated my medical could result in further injury and unnelessary and wanton infliction of pain. My second operation shows this. I have scares on my neck that should not be this big. Failure to respond to my pains and medical needs caused further injury and unelessary and wanton infliction of pain. The lack of post-op care resulted in further significant injury required a second proceedure to correct. Medical staff "monitored" the deterioration while it progressed to a (emergancy) secondary infection resulting in having insert drains and reopening wound to to debrid and drain and resulted in "Consthutional minimum" amount of care.

3-A

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: <u>DELIBERATE INDIFFERENCE 8th AMENDMENT MEDICAL AND DENTAL CARE</u>.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: <u>DENTAL CARE</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON JANUARY 1ST 2019 MY JAW WAS OPERATED ON BY DOCTOR ALEXANDER IEROKORMOS AT SAN JOAQUIN GENERAL HOSPITAL. PLATES AND WIRES WERE INSERTED IN MY JAW. MY WOUNDS WERE CLOSED WITH STAPLES. ON MY SECOND VISIT TO DOCTOR IEROKORMOS I COMPLAINED TO HIM MY JAW WAS NOT RIGHT THAT MY TEETH WERE NOT LINING UP AND THAT I AM BITING THE INSIDE OF MY MOUTH. HIS WORDS WERE "IF IT DOESNT IMPROVE WE WILL HAVE TO TAKE YOU BACK INTO SURGERY AND RE-BREAK IT." I SAID "OKAY I WOULD RATHER DO IT SOONER THAN LATER". I RETURNED TO PRISON AND WAITED. I STILL HAD STAPLES IN NECK AND COULD NOT SEE ANY POST-OP RESULTS OF FACE OR NECK. ON JANUARY 29th 2019 I RETURNED TO DOCTOR IEROKORMOS OFFICE AND HAD STAPLES REMOVED. I AGAIN INFORMED DOCTOR IEROKORMOS THAT MY JAW WAS NOT RIGHT STILL AND I WAS STILL BITING MY INSIDE OF MOUTH. HE EXAMINED MY BITE AND THE INSIDE OF MY MOUTH AND CONFIRMED MY TEETH WERE NOT LINED UP RIGHT AND I WAS INFACT BITING MY CHEEK ON BOTH SIDES. I ALSO SHOWED THAT A PLATE WAS STICKING OUT OF MY MOUTH. DOCTOR IEROKORMOS STATED "THIS IS NOT GETTING ANY BETTER". I WAS SENT BACK TO FOLSOM STATE PRISON AND I IMMEDIATLY LOOKED INTO A MIRROR (1ST TIME) I SEEN MY JAW WAS PUSHED TO THE RIGHT. I VOICED MY CONCERNS TO DENTIST GLEN STURGES. HE AGREED MY JAW WAS NOT RIGHT. HE STATED "YOUR E.N.T. SPECIALIST NEEDS TO FIX IT". "IT WILL HAVE TO BE RE-BROKE". I INFORMED HIM I AM CONTINUIOUSLY BITING MY CHEEKS AND MY JAW IS POPPING. I SEEN DENTIST JOHN MACIEL DUE TO SWELLING OF MY JAW AND NECK AREA. HE ALSO STATED "YOUR TEETH ARE DIFFENTLY NOT LINING UP AND THAT PLATE SHOULDNT BE STICKING OUT". IT HAS BEEN A YEAR AND MY TEETH STILL DO NOT LINE UP RIGHT AND I STILL BITE MY CHEEK, AND AT TIMES MY TOUNGE. THE PLATE IN MY LOWER FRONT JAW STICKS OUT OF MY.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   DUE TO DEFENDANTS INACTIONS I AM IN CONSTANT PAIN, I AM UNABLE TO CHEW FOOD, TWO OF MY TEETH HAVE BEEN PULLED OUT, A PLATE STICKS OUT OF MY JAW AND ANYTIME IT IS TOUCHED I HAVE EXTREME PAIN

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

CLAIM II

MOUTH. THIS IS A SERIOUS MEDICAL NEED THAT IS CAUSING GREAT PAIN AND AS WELL AS A MEDICAL INSTURMENT PSYICALLY STICKING OUT OF PLAINTIFFS JAW. IS A CLEAR DEMONSTRATION OF A SERIOUS MEDICAL NEED THAT IF NOT TREATED "WILL" AND "IS" CAUSING FURTHER INJURY AND THE UNNECESSARY WANTON INFLICTION OF PAIN. THE MEDICAL AND DENTAL CARE RELIEVED BY PLAINTIFF WAS CLEARLY UNACCEPTABLE UNDER THE CIRCUSTANCES. BECAUSE OF THESE DEFENDANTS I CONTINUE TO ENDURE PAIN FROM BITING OR EVEN CHEWING REGULAR FOODS. I AM UNABLE TO BRUSH MY TEETH ON MY LOWER JAW (RIGHT). I AM EXPERIENCING THESE ISSUES AND MEDICAL ISSUES BECAUSE DEFENDANTS CHOSE THESE COURSES OF TREATMENT ARE MEDICALLY UNACCEPTABLE UNDER ANY CIRCUMSTANCES. THESE DEFENDANTS CONTINUE TO CHOSE IN CONSCIOUS DISREGAURD OF AN EXCESSIVE RISK TO MY HEALTH. I AM WITHOUT TWO FRONT TEETH DUE TO THESE DOCTORS. THERE WAS NO MEDICAL REASON FOR MY TEETH TO BE PULLED EXCEPT FOR THIER SCREW-UPS. BY NOT TREATING A CONDITION THAT I CLEARLY COMPLAINED ABOUT RESULTED & AND CONTINUES TO RESULT IN FURTHER INJURY AND UNELESSARY AND WANTON OF INFLICTION OF PAIN. HOW CAN ANYONE SENSABLE NOT CAUSE FURTHER INJURY. "HOW".

4·A

# CLAIM III

1. State the constitutional or other federal civil right that was violated: **8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT**

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Dental Care**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On January 1st 2019 I recieved operation for broken jaw. On January 7th I was taken back to surgery for infection in my jaw due to surgery. Sometime in April (late) I was taken to outside medical x-ray. It was deemed my jaw was in fact fractured and infected again. Doctor Shahota order antibiotics and nothing else was done. I seen my E.N.T. Doctor Ierokormos and he ordered more tests and x-rays. But agreed due to another infection my two lower front right teeth would need to be pulled. Upon returning to Folsom State Prison (SAC) I seen both dentists Sturges and Maciel. Their exact words were "they will have to pull that plate its infected and sticking out of you jaw". I asked why he said "the infection is in your bone (jaw) now and the only way to get the infection out is pull the teeth and the plate". I continue to endure cruel and unusaul punshment by the doctor Ierokormos, dentist Sturges, Doctor Shahota, dentist Maciel. Because their lack of consideration and lack of medical treatment.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I have lost teeth, I continue to endure pain when I eat, I am humilated by not having front teeth, I can not brush teeth properly, suffering continous pain

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

WHEREFORE PLAINTIFF RESPECTFULLY PRAYS THE COURT ENTER JUDGEMENT GRANTING PLAINTIFF:
1. A DECLARATION THAT ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES
2. A PRELIMINARY AND PERMENT INJUCTION ORDERING ALEXANDER IEROKOMOS, GLEN STURGES, DAVID RAMOS, FIX AND REPAIR JAW IN PROPER FORM
3. COMPENSATORY DAMAGES IN THE AMOUNT OF 10,000$ AGAINST EACH DEFENDANT JOINTLY AND SEVERLY.
4. PUNITIVE DAMAGES IN THE AMOUNT OF 10,000$ AGAINST EACH DEFENDANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02-10-2020
DATE

_Wesley Kessler_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

5. A JURY TRIAL ON ISSUES TRIABLE BY A JURY.

6. TO BE AWARDED ALL COSTS THE PLAINTIFF MIGHT ENDURE.

7. TO BE AWARDED ANY ADDITIONAL COSTS AND RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

DATE 02-10-2020

WESLEY KESSLER BD284Z
P.O. BOX 290066
REPRESA, CA. 95671

6-A

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, WESLEY KESSLER, am over the age of eighteen (18) years, and (am) (am not) a party to the within cause of action. My address is:

WESLEY KESSLER # BD2842
P.O. BOX 290006
REPRESA, CA
95671

On, FEBUARY 14th 2020, I served the following documents:

1st AMENDANTE COMPLAINT
(11-PAGES)

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I STREET, SUITE 4-200
SACRAMENTO, CA.
95814-2322

2.

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of FEBUARY, 2020, at California State Prison - Sacramento, Represa, California.

(Signature) Wesley Kessler