1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WESLEY W. KESSLER,                          No.  2:19-cv-01738 KJM DB P

12                   Plaintiff,

13          v.                                     ORDER

14    ALEXANDER IEROKORMOS, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  On September 3, 2021, defendants filed a stipulation signed by both the

19    plaintiff and counsel for the defendants.  (ECF No. 44.)  The stipulation states that the parties

20    agree to the California Department of Corrections and Rehabilitation ("CDCR") being substituted

21    as a defendant party to this action in place of defendants Glen Sturges, John Maciel, Matthew

22    Pereyda, Chris Connolly, and Monica Mathenge.  (Id. at 2.)  It also states that CDCR subjects

23    itself to the jurisdiction of the court.  (Id.)  The parties make this request because the present

24    defendants acted on behalf of CDCR.  (Id. at 1.)  Additionally, CDCR and plaintiff "have reached

25    a settlement agreement that will terminate this litigation."  (Id.)  The court will grant parties'

26    request that CDCR be substituted as the defendant in case.

27    ////

28    ////

                                                1

Accordingly, IT IS ORDERED that the Clerk of the Court shall add California Department of Corrections and Rehabilitation as a defendant to this action in place of defendants Glen Sturges, John Maciel, Matthew Pereyda, Chris Connolly, and Monica Mathenge.

Dated: September 8, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/kess1738.stipdef